**No. 10-6058. Charles Randall Kay, Petitioner v. Texas.**

562 U.S. 1008, 131 S. Ct. 513, 178 L. Ed. 2d 380, 2010 U.S. LEXIS 8484.

November 1, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Sixth District, denied.

**No. 10-6062. Davan Dickey, Petitioner v. Florida.**

562 U.S. 1008, 131 S. Ct. 513, 178 L. Ed. 2d 380, 2010 U.S. LEXIS 8519.

November 1, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 36 So. 3d 712.

**No. 10-6063. Johnny I. Prather, Petitioner v. William F. Lee, Jr., Chief Judge, Superior Court of Georgia, Coweta County.**

562 U.S. 1008, 131 S. Ct. 514, 178 L. Ed. 2d 380, 2010 U.S. LEXIS 8556, ■

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

**No. 10-6066. James Swon, Petitioner v. California.**

562 U.S. 1008, 131 S. Ct. 514, 178 L. Ed. 2d 380, 2010 U.S. LEXIS 8615.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-6068. Jose Luis Valencia, Petitioner v. Nevada (two judgments).**

562 U.S. 1008, 131 S. Ct. 514, 178 L. Ed. 2d 380, 2010 U.S. LEXIS 8631.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 764 (both judgments).

**No. 10-6075. Gary R. Thompson, Petitioner v. Randy Workman, Warden.**

562 U.S. 1008, 131 S. Ct. 514, 178 L. Ed. 2d 380, 2010 U.S. LEXIS 8599, ■

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 372 Fed. Appx. 858.

**No. 10-6078. Percy Lavae Bacon, Petitioner v. Howard Skolnik, Director, Nevada Department of Corrections, et al.**

562 U.S. 1008, 131 S. Ct. 514, 178 L. Ed. 2d 380, 2010 U.S. LEXIS 8586.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6079. Susan Stowell, Petitioner v. Toll Brothers, Inc.**

562 U.S. 1008, 131 S. Ct. 514, 178 L. Ed. 2d 380, 2010 U.S. LEXIS 8505, ■

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.